Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| MARÍA DE MATER O'NEILL BECERRA<br><br>Apelante<br><br>v.<br><br>WASHINGTON PARTNERS, LLC Y OTROS<br><br>Apelados | KLAN202400015 | *APELACION* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso número: SJ2022CV06522<br><br>Sobre: Daños, *Injunction* (Entredicho Provisional), *Injunction* Preliminar y Permanente, Sentencia Declaratoria |
|---|---|---|

Panel integrado por su presidenta, la juez Domínguez Irizarry, la juez Rivera Marchand y la juez Aldebol Mora.

Aldebol Mora, Juez Ponente

# S E N T E N C I A

En San Juan, Puerto Rico, a 2 de abril de 2024.

Examinada la *Moción de desistimiento voluntario por acuerdo* presentada por la Dra. María de Mater O'Neill Becerra el 20 de marzo de 2024, la declaramos Ha Lugar. De conformidad con lo dispuesto en la Regla 83(A) de nuestro Reglamento, 4 LPRA Ap. XXII-B, R. 83 (A), ordenamos el archivo del caso de epígrafe según solicitado, por desistimiento del recurso incoado.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

SEN2024 _____